NICHOLAS DERBY, appellant,

*v.*

THE NEW YORK FIRE INSURANCE COMPANY, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *New York Fire Ins. Co.* v. *Tooker, 8 Stew. Eq. 408.*

*Mr. A. Zabriskie,* for appellant.

*Mr. G. D. W. Vroom,* for respondent.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the vice-chancellor.